IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LINDA HARRIS**                                                                                       **PLAINTIFF**

**VS.**                                          **3:02CV00074-WRW**

**ARKANSAS STATE HIGHWAY AND**
**TRANSPORTATION DEPARTMENT**                                                  **DEFENDANT**

## ORDER DISBURSING FUNDS

Pending is Plaintiff's Motion to Disburse Funds,[1] that were deposited in the registry of the Court in accordance with an Order filed March 7, 2005.[2] Defendant has not responded.

Plaintiff settled this action, and then filed a Motion to Set Aside the Settlement.[3] After a hearing was held, an Order was entered denying Plaintiff's Motion and Ordering Plaintiff to pay her former attorney, Keith Blackmon, the sum of $7,041.48.[4] Jurisdiction was retained for the purpose of enforcing the Settlement Agreement. The Order forbids disbursement of settlement proceeds to Plaintiff until she signs the Settlement Agreement.[5] The Eighth Circuit Affirmed.[6]

---

[1] Doc. No. 49.

[2] Doc. No. 45.

[3] Doc. No. 40.

[4] Doc. No. 43.

[5] Doc. Nos. 44 and 45(Amended Order and Second Amended Order).

[6] Doc. No. 48.

Plaintiff's Motion is therefore GRANTED in part and DENIED in part.

IT IS THEREFORE ORDERED that the Clerk disburse the sum of $7,041.48 to Plaintiff's former attorney, Mr. Keith Blackman, plus any accrued interest.

Consistent with the original Orders, disbursement of funds to Plaintiff is not authorized until Plaintiff signs the Settlement Agreement and presents it to the Clerk.

IT IS SO ORDERED this 26th day of July, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE