IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LINDA HARRIS                                                                                      PLAINTIFF

VS.                                          3:02CV00074-WRW

ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT                                              DEFENDANT

## ORDER DISBURSING FUNDS

Pending is Plaintiff's Notice[1] that she filed the settlement agreement, which will be treated as a second Motion to Disburse Funds.[2]

In accordance with my previous Order,[3] Plaintiff signed the settlement and release and attached it to her Notice. In view of this, Plaintiff's Motion is GRANTED. The Clerk is directed to disburse the remainder of the settlement funds to Plaintiff, plus any accrued interest.

IT IS SO ORDERED this 3rd day of April 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 52.

[2] Doc. No. 49 (Plaintiff's first motion to disburse funds did not offer proof that she had signed the settlement and release, and it was denied in part).

[3] Doc. No. 50.